THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
    *v.* BESSIE STEINHARDT, Appellant.

*Crimes — landlord and tenant — New York city — violation of provision
    of Sanitary Code requiring landlords to furnish heat.*

> *People* v. *Steinhardt*, 215 App. Div. 724, affirmed.
>
> (Submitted April 4, 1927; decided May 3, 1927.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered November 20, 1925, which affirmed a judgment of
the Court of Special Sessions of the city of New York
convicting the defendant of violating section 225 of the
Sanitary Code of the city of New York, in that being the
owner of a building rented to and occupied by tenants as
their homes, heated by a single steam heating apparatus
under control of defendant, who had contracted to furnish
heat, the defendant failed to maintain a minimum tem-
perature of sixty-eight degrees between the hours of six
A. M. and ten P. M. on days when the outside temperature
fell below fifty degrees Fahrenheit.

*Sidney Szerlip* for appellant.

*George P. Nicholson, Corporation Counsel (Elliot S.
Benedict, Joseph M. Lonergan* and *J. Joseph Lilly* of
counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN and KELLOGG, JJ. Not sitting: O'BRIEN, J.

---

PHILO A. KENT et al., Appellants, *v.* BURROS REALTY
    CORPORATION, Respondent, and HARRY R. AUSTIN,
    Appellant, Impleaded with Others.

*Liens — mechanic's lien — abandonment of work by contractor —
    action to foreclose liens for material and labor — allowance to owner for
    cost of completion and loss from delay.*

> *Kent* v. *Burros Realty Corp.*, 217 App. Div. 703, affirmed.
>
> (Argued April 4, 1927; decided May 3, 1927.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,